No. 71–6437.  Davis *v.* Mississippi.  Sup. Ct. Miss. Certiorari denied.

No. 71–6441.  Adams *v.* Wainwright, Corrections Director.  C. A. 5th Cir.  Certiorari denied.

No. 71–6457.  Gaito *v.* Schnupp et al.  C. A. 3d Cir.  Certiorari denied.

No. 71–6461.  Chrisman *v.* Field, Men's Colony Superintendent, et al.  C. A. 9th Cir.  Certiorari denied.

No. 71–6464.  Murray *v.* City of Cincinnati.  Sup. Ct. Ohio.  Certiorari denied.

No. 71–6466.  Lawless *v.* Maryland.  Ct. Sp. App. Md.  Certiorari denied.

No. 71–6486.  Mays *v.* Pennsylvania.  C. A. 3d Cir. Certiorari denied.

No. 71–6487.  Medina *v.* United States.  C. A. 3d Cir.  Certiorari denied.

No. 71–6495.  Caldrone *v.* Gaffney, Warden.  C. A. 10th Cir.  Certiorari denied.

No. 71–6496.  Baker *v.* Gaffney, Warden.  C. A. 10th Cir.  Certiorari denied.

No. 71–6503.  Eckert *v.* Clerk's Office of the U. S. District Court.  C. A. 3d Cir.  Certiorari denied.

No. 71–6506.  Doyle *v.* Doyle.  Ct. Civ. App. Tex., 9th Sup. Jud. Dist.  Certiorari denied.

No. 71–6509.  Higgins *v.* Illinois.  Sup. Ct. Ill. Certiorari denied.